But personally I think the ‑‑ the question you see here comes under the section 24 under the section 24. And I think Now I'm going to turn it over to Ms. Smith. Thank you, Your Honor. I'm Annette Reitlen, counsel for the research division. In response to Your Honor's questions, Article I, Section 8, Clause 4 of the Constitution authorizes the Congress to enact uniform laws on the subject of energy throughout the United States. And Congress has done so in this procedure. More specifically, here, in the nine subsections of Article 2B, including subsection 4, which is the persons which we are proceeding with, Congress provided that if a constituent otherwise is in violation, Congress states law will be disallowed in this procedure. Ultimately, the claims are questions of attorneys, claims of insiders. In each of those sections, there are claims of insolent officers. Today, claims that are to be held in future years will be the plight of the floor of the Supreme Court. Mr. Pierce, as an officer, you have been associated with the Supreme Court. This is not the first time that you have been associated with the Supreme Court. Mr. Pierce, under all of the sections of Article 2B, each one of those claims has a preexisting state court judgment. So, it shouldn't have been in the first two cases that the Supreme Court is being asked to review those claims under the framework of Federal Justice that has stated in that statute. It's because there's a hard-finding claim in that statute, and there is a preexisting case, but I can't say what the preexisting case is.
judges: Kleinfeld, M. Smith, Korman